# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Mahmoud S. Saleh**, in his individual and representative capacity as Trustee--The Mahmoud & Rajaa Saleh Family Trust;
**Rajaa M. Saleh**, in her individual and representative capacity as Trustee The Mahmoud & Rajaa Saleh Family Trust;
**Abdulsaftar Khalil**; and Does 1-10,

    Defendants

**Case No.** 2:14-CV-02153-GEB-KJN

**ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE**

Having read the foregoing stipulation, and good cause appearing, the settlement conference previously scheduled for July 28, 2015, at 1:00 p.m., is hereby continued to September 11, 2015, at 9:00 a.m., before Magistrate Judge Kendall J. Newman.

Dated: July 24, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

Order