UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br><br>MAHMOUD S. SALEH, in his individual and representative capacity as Trustee--The Mahmoud &Rajaa Saleh Family Trust; RAJAA M. SALEH, in her individual and representative capacity as Trustee The Mahmoud &Rajaa Saleh Family Trust; ABDULSAFTAR KHALIL; and Does 1-10,<br><br>　　　　Defendants | **Case No**. 2:14-CV-02153-GEB-KJN<br><br>[PROPOSED ORDER] TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

　　　Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants MAHMOUD S. SALEH, in his individual and representative capacity as Trustee--The Mahmoud & Rajaa Saleh Family Trust, RAJAA M. SALEH, in her individual and representative capacity as Trustee The Mahmoud &Rajaa Saleh Family Trust, and ABDULSAFTAR KHALIL ("Defendants") hereby stipulate to extend the deadline to file the dispositional documents by 30 days. The new deadline to file the dispositional documents will be December 08, 2015.

　　　Dated: November 9, 2015

1
2
3     _____
4     GARLAND E. BURRELL, JR.
      Senior United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28